# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLIFFORD RAY GARRETT,

                    Petitioner,

        v.

DOMINGO URIBE, Warden,

                    Respondent.

Case No. EDCV 09-0984-RSWL (JEM)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 19, 2010

RONALD S.W. LEW

_____

HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge