# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD RAY GARRETT,<br><br>                Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, Warden,<br><br>                Respondent. | Case No. EDCV 09-0984-RSWL (JEM)<br><br>**J U D G M E N T** |

     In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 19, 2010

RONALD S.W. LEW
_____
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

2